**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 8, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-01137-CV

---

### CRISTINA BOLAN, Appellant

### V.

### MEMORIAL HERMANN HEALTH SYSTEM, Appellee

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2013-43271**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 12, 2013. On June 24, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.